Prob 12
(D/VT Rev. 12/04)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP -9 PM 3:00

CLERK

BY ⟨signature⟩

DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### For The

### DISTRICT OF VERMONT

U.S.A. vs. Addyson Morgan					Docket No. 2:23-CR-91-1

### Petition on Probation and Supervised Release

COMES NOW Douglas D. Cowher, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Addyson Morgan, who was placed on supervision by the Honorable William K. Sessions III sitting in the Court at Burlington, on the 9th day of June 2025, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> You are confined to your mother's residence at all times until a bed is available at Valley Vista, except for attorney visits; court appearances; or transport to Valley Vista.

> You are to submit to GPS location monitoring technology as directed by the pretrial services or supervising officer during home confinement.

> Once a bed is available at Valley Vista, you shall report directly from your mother's residence to Valley Vista. You shall abide by program rules and regulations, execute all release forms, successfully complete the program and follow all after care instructions and recommendations.

> You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third-party payment.

> You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**106**

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

The court recommends to the United States Probation Office as follows:

a. that defendant receive intensive drug and alcohol treatment;

b. that defendant receive a full psychiatric or psychological evaluation; and

c. that defendant be afforded services for mental health treatment counseling based on the evaluations that are done.

U.S.A. vs. Addyson Morgan　　　　　　　　　　　　　　　　　Docket No. 2:23-CR-91-1

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

**Special Condition: You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.**

On or about September 6, 2025, Addyson Morgan left residential substance abuse treatment at Valley Vista against medical advice as evidenced by telephone communication with staff at Valley Vista.

**PRAYING THAT THE COURT WILL** order the issuance of a warrant so that Addyson Morgan may be brought before the Court to show cause why her term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this __9th__ day of __September__, 20__25__ and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

*William K. Sessions III*
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2025

Douglas D. Cowher
U.S. Probation Officer
Place: Brattleboro

Date: September 9, 2025